IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
    BIRCHETT, MARSHALL LEE
    BIRCHETT, CYNTHIA LYNN

Case No. 07-14060 WV

Chapter 7

Debtor(s).

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

The undersigned Trustee, pursuant 11 U.S.C. §347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, reports to the Court Clerk that the following check(s) for the below-referenced creditor(s) were issued twice and despite the Trustee's best efforts to communicate with the creditor(s), the same remain uncashed, are stale, have now been voided and therefore should be treated in this matter as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Claim No. 14<br>Check No. 10126<br>Southside Urology Clinic<br>9817 S. Western<br>Oklahoma City, OK 73119 | $8.89 |

A check made payable to the U.S. Bankruptcy Court in the total amount of $8.89, will be deposited with the clerk as unclaimed funds.

DATE: March 14, 2011

    /s/ John Mashburn
    John Mashburn, Trustee
    Heritage Plaza, Suite 105
    13800 Benson Road
    Edmond, OK  73013-6422
    (405) 286-2600